# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID YANOFSKY, | |
| Plaintiff, | |
| v. | Civil Action No. 16-951 (KBJ) |
| UNITED STATES DEPARTMENT OF COMMERCE, | |
| Defendant. | |

Upon consideration of the Defendant's *Motion for Extension of Time to File Responsive Pleading,* and the entire record herein, and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**.

It is **FURTHER ORDERED** that the time for Defendants to respond to Plaintiff's Complaint is hereby extended up to and including **July 16, 2016**.

It is **SO ORDERED** this ____ day of _____, 2016.

Ketanji Brown Jackson
UNITED STATES DISTRICT COURT JUDGE

*Parties to be served via ECF.*

4