IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID YANOFSKY**,<br><br>          Plaintiff,<br><br>     v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE,**<br><br>          Defendant. | Civil Action No. 1:16-cv-00951 (KBJ) |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Plaintiff David Yanofsky ("Plaintiff") and Defendant United States Department of Commerce ("Defendant" or "DOC), by and through undersigned counsel, hereby jointly move the Court for entry of the proposed scheduling order submitted concurrently with this Motion.

Plaintiff filed a Complaint for declaratory, injunctive, and other appropriate relief under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") on May 19, 2016.  ECF No. 1.  On June 23, 2016, the Court ordered Defendant to file its Answer to the Complaint by July 15, 2016 and further ordered the parties to meet, confer, and submit a proposed schedule for further proceedings on or before July 27, 2016.  Defendant's Answer to the Complaint was submitted on July 16, 2016, and deemed filed by order of the Court on July 22, 2016.  ECF No. 13-2.

In accordance with the Court's June 23, 2016 order, the parties have met and conferred and reached agreement on the following schedule for further proceedings in this matter:

- On or before August 26, 2016, Defendant shall file its motion for summary judgment.

1

- On or before September 26, 2016, Plaintiff shall file his opposition to Defendant's motion for summary judgment and his cross-motion for summary judgment.

- On or before October 28, 2016, Defendant shall file its combined opposition to Plaintiff's cross-motion for summary judgment and reply in support of its motion for summary judgment.

- On or before November 16, 2016, Plaintiff shall file his reply in support of his cross-motion for summary judgment.

The parties respectfully request that the Court enter the concurrently submitted proposed scheduling order reflecting this agreed-upon schedule for further proceedings.

Dated:  July 25, 2016

Respectfully submitted,

 /s/ Katie Townsend
Katie Townsend
DC Bar No. 1026115
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
*Counsel for Plaintiff*

Channing D. Phillips, D.C. Bar No. 415793
United States Attorney

Daniel F. VanHorn, D.C. Bar No. 924092
Chief, Civil Division

By:    /s/ April Denise Seabrook
April Denise Seabrook, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2525
April.Seabrook@usdoj.gov

*Counsel for Defendant*