# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID YANOFSKY**,<br><br>   Plaintiff,<br><br>   v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE**,<br><br>   Defendant. | Civil Action No. 1:16-cv-00951 (KBJ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7, and in accordance with the Scheduling Order entered by this Court on September 2, 2016, David Yanofsky ("Yanofsky" or "Plaintiff") respectfully moves the Court for summary judgment in his favor and against the United States Department of Commerce (the "DOC" or "Defendant") as to (1) the DOC's refusal to grant Plaintiff's request for a fee benefit and fee waiver in connection with his February 26, 2016 Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request and (2) the DOC's improper withholding of records responsive to that request from Plaintiff.

In support of this Motion for Summary Judgment ("Motion") and in Opposition to Defendants' Motion for Summary Judgment, Plaintiff submits the following: (1) Memorandum of Law; (2) Statement of Material Facts as to Which There Is No Genuine Issue and Response to Defendant's Statement of Material Facts; and (3) Declaration of David Yanofsky.  This Motion is based on the foregoing concurrently filed documents, all pleadings, records, and files in the above-captioned case, and on such argument as may be presented by counsel at any hearing on this Motion.

1

Plaintiff respectfully requests an oral hearing on his Motion pursuant to Local Rules 7(f) and 78.1 at a date and time that is convenient for the Court.

Dated:  October 31, 2016

        Respectfully submitted,

        */s/ Katie Townsend*
        Katie Townsend
        DC Bar No. 1026155
        Bruce D. Brown
        DC Bar No. 457317
        Adam A. Marshall
        DC Bar No. 1029423
        THE REPORTERS COMMITTEE FOR
        FREEDOM OF THE PRESS
        1156 15th St. NW, Suite 1250
        Washington, DC 20005
        Phone:  202.795.9300
        Facsimile:  202.795.9310
        Email:  ktownsend@rcfp.org
        Email:  bbrown@rcfp.org
        Email:  amarshall@rcfp.org

        *Counsel for Plaintiff*