**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID YANOFSKY, | |
| Plaintiff, | |
| v. | Civil Action No. 16-951 (KBJ) |
| U.S. DEPARTMENT OF COMMERCE, | |
| Defendant. | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney April Denise Seabrook and remove the appearance of Assistant United States Attorney Joshua Kolsky as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/ *April Denise Seabrook*
April Denise Seabrook, D.C. Bar # 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division – Room E4822
Washington, DC 20530
Phone: (202) 252-2525
Fax: (202) 252-2599
April.Seabrook@usdoj.gov