# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID YANOFSKY, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 16-951 (KBL) |
| v. | ) |
| U.S. DEPARTMENT OF COMMERCE, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Scott Leesson Sroka as counsel for defendant in the above-captioned case.

February 6, 2017                              Respectfully submitted,

_____/s/_____
Scott Leesson Sroka, Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division – Room E4810
Washington, DC 20530
Phone: (202) 252-7113
Fax: (202) 252-2599
Scott.Sroka@usdoj.gov