**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DAVID YANOFSKY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:16-cv-951 (KBJ) |
| DEPARTMENT OF COMMERECE, | ) ) ) | |
| Defendant. | ) ) ) | |

**<u>ORDER</u>**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [21] Plaintiff's Cross-Motion for Summary Judgment is **GRANTED**.  It is

**FURTHER ORDERED** that [20] Defendant's Motion for Summary Judgment is **DENIED**.

DATE:  March 30, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge