**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAVID YANOFSKY**,<br><br>      Plaintiff,<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE**,<br><br>      Defendant. | Civil Action No. 1:16-cv-00951 (KBJ) |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Fed. R. Civ. P. 54, Plaintiff David Yanofsky hereby moves for the entry of an order extending the deadline to file a motion for an award of attorneys' fees and costs in this matter pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a)(4)(E)(i).

Fed. R. Civ. P. 54(d)(2)(B) provides that a motion for an award of attorneys' fees must ordinarily be made within 14 days of the entry of judgment. However, the Court may extend that deadline. *See* Fed. R. Civ. P. 54(d)(2)(B) (setting 14-day deadline "[u]nless . . . a court order provides otherwise[.]").

Plaintiff anticipates applying for an award of costs and attorneys' fees in this action pursuant to FOIA. *See* 5 U.S.C. § 552(a)(4)(E)(i). In order to facilitate settlement negotiations and possibly avoid unnecessary litigation over attorneys' fees, Plaintiff seeks a short 30-day extension of Rule 54(d)(2)(B)'s deadline. Plaintiff has conferred with counsel for Defendant United States Department of Commerce regarding the relief sought by this motion, and Defendant has consented to a 30-day extension.

Wherefore, the motion should be granted.  The text of a proposed order is filed herewith.

Dated:  April 5, 2017

Respectfully submitted,

/s/ Katie Townsend
Katie Townsend
DC Bar No. 1026115
Adam A. Marshall
DC Bar No. 1029423
The Reporters Committee for Freedom of the Press
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone:  202.795.9300
Facsimile:  202.795.9310
Email:  ktownsend@rcfp.org
Email:  amarshall@rcfp.org

*Counsel for Plaintiff*