# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID YANOFSKY**,<br><br>     Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE**,<br><br>     Defendant. | Civil Action No. 1:16-cv-00951 (KBJ) |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff David Yanofsky respectfully moves for an award of reasonable attorneys' fees and costs under the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(E)(i)-(ii), from the U.S. Department of Commerce, in the amount of $73,391.00, at a date and time to be determined by the Court.  In support of this Motion, Plaintiff submits the concurrently filed Memorandum of Points and Authorities and Declaration of Katie Townsend.

Dated:  May 14, 2018

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
DC Bar No. 1026155
Adam A. Marshall
DC Bar No. 1029423
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone:  202.795.9300
Facsimile:  202.795.9310
Email:  ktownsend@rcfp.org
Email:  amarshall@rcfp.org

*Counsel for Plaintiff*