IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID YANOFSKY**,<br><br>          Plaintiff,<br><br>     v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE**,<br><br>          Defendant. | Civil Action No. 1:16-cv-00951 (KBJ) |

## DECLARATION OF KATIE TOWNSEND

I, Katie Townsend, declare as follows:

1. I am the Litigation Director at the Reporters Committee for Freedom of the Press ("Reporters Committee" or "RCFP"), a position I have held since September 2014. I am an attorney and a member in good standing of the bar of the District of Columbia, and admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration.

2. I am the lead attorney responsible for representing David Yanofsky ("Mr. Yanofsky") in the above-captioned case. This declaration is submitted in support of Mr. Yanofsky's motion for attorneys' fees and costs, under the fee provisions of the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA" or the "Act").

3. On April 2, 2018, I reached out to counsel for Defendant via e-mail regarding, among other things, Plaintiff's intent to file a motion for attorneys' fees and costs in the above-captioned matter. I offered in that e-mail to discuss the issue of attorneys' fees and costs with counsel for DOC in advance of our filing such a motion. Counsel for Defendant responded on April 3, 2018, indicating that he would discuss the Court's ruling with the

1

agency and get back to me.  I followed up via e-mail with counsel for Defendant on April 23, 2018; counsel for Defendant did not respond.

**REPORTERS COMMITTEE ATTORNEYS' QUALIFICATIONS AND THEIR REPRESENTATION OF MR. YANOFSKY**

4. The Reporters Committee is an unincorporated nonprofit association of reporters and editors located in Washington, D.C. that is dedicated to safeguarding the First Amendment and freedom of information interests of the news media and the public.  In its more than 40-year history, the Reporters Committee has participated as a party and as *amicus curiae* in state and federal litigation raising important issues affecting the newsgathering and publication rights of journalists.

5. Consistent with the Reporters Committee's mission, attorneys at RCFP from time to time represent individual journalists and news organizations in litigation on a no-fee, *pro bono* basis.

6. While attorneys at the Reporters Committee provide legal services to their clients on a *pro bono* basis, we seek to recover the value of those services, as well as any litigation costs, when statutorily available.  Courts in the District of Columbia have recently utilized a matrix prepared by the U.S. Attorney's Office for the District of Columbia ("USAO Matrix"), for fee-recovery purposes.  A true and correct copy of the USAO Matrix, retrieved from https://www.justice.gov/usao-dc/file/796471/download, is attached hereto as **Exhibit A**.

7. As detailed herein and reflected in the attached **Exhibit B**, I and three other Reporters Committee attorneys—Adam Marshall, Sarah Matthews, and Caitlin Vogus—have provided legal services to Mr. Yanofsky in the above-captioned case.  The Reporters Committee has represented Mr. Yanofsky for the entirety of this matter, which was

8. initiated in U.S. District Court for the District of Columbia on May 19, 2016. All of the legal services provided to Mr. Yanofsky by Reporters Committee attorneys in connection with the above-captioned case were provided on a no-fee, *pro bono* basis.

8. In my role as the Reporters Committee's Litigation Director, I supervise the work of Reporters Committee staff attorneys and legal fellows, and oversee all litigation matters that the Reporters Committee and/or its attorneys are involved in. Prior to joining the Reporters Committee as its first Litigation Director in September 2014, I was a litigation associate in the Los Angeles and Century City offices of Gibson Dunn & Crutcher LLP ("Gibson Dunn"), where my practice focused on media and entertainment litigation. I joined Gibson Dunn upon graduating from the University of Virginia School of Law in 2007, where I served as a member of the Editorial Board of the *Virginia Law Review*. I am a member in good standing of the bars of California, the District of Columbia, and New York, and am admitted to practice before a number of federal district courts and federal courts of appeals. I principally practice law in Washington, D.C.

9. I have been practicing law for more than ten years. During that time, my practice has focused primarily on media and entertainment litigation. I have significant experience representing and advising clients in media and First Amendment matters. In May 2014, I was named a Rising Star—one of the nation's top lawyers under the age of 40—in media and entertainment law by Law360. I was recognized in 2015 as a Washington, D.C. "Rising Star" by The National Law Journal and, in 2015, was named part of the "Next Gen – Hollywood's Up-and-Coming Execs 35 and Under" by the Hollywood Reporter.

10. Under the USAO Matrix, attached hereto as Exhibit A, my hourly billing rate is $410.

3

11. Adam Marshall is the Knight Foundation Litigation Attorney at the Reporters Committee, a position he has held since September 2016.  Before that, Mr. Marshall served as the Jack Nelson – Dow Jones Foundation Legal Fellow for the Reporters Committee from September 2014 through August 2016.  Mr. Marshall graduated from the George Washington University Law School with High Honors in 2014 and was admitted to the Order of the Coif.  During law school, he served as an associate on the *George Washington International Law Review*.  He was awarded the President's Volunteer Service Award and the GW Law Pro Bono Service Recognition Award.  Mr. Marshall is a member in good standing of the bars of Maryland and the District of Columbia.  He principally practices law in Washington, D.C.

12. As a Reporters Committee staff attorney, Mr. Marshall's work is focused primarily on state and federal public records matters.  He represents news media clients in state and federal public records litigation, drafts *amicus curiae* briefs in federal and state public records cases, and participates in Reporters Committee educational and advocacy efforts relating to open government issues.  Mr. Marshall has significant experience with federal and state public records issues through his work at the Reporters Committee and through internships at the Electronic Privacy Information Center ("EPIC") and the National Whistleblowers Center ("NWC").  In 2017, he was named to Forbes' "30 Under 30" list in the media category for his work promoting government transparency.

13. Under the USAO Matrix, attached hereto as Exhibit A, Mr. Marshall's hourly billing rate is $334.

14. Caitlin Vogus is a staff attorney at the Reporters Committee, a position she has held since September 2017.  Before that, Ms. Vogus served as the Stanton Foundation Litigation

4

Fellow for the Reporters Committee from September 2015 through August 2017. Before joining the Reporters Committee, Ms. Vogus was an Attorney Advisor in the Consumer and Governmental Affairs Bureau of the Federal Communications Division. Ms. Vogus is a 2010 graduate of Harvard Law School, where she served as a general board member of the *Civil Rights-Civil Liberties Law Review*. Following law school, she served as a law clerk to the Honorable Rossie D. Alston, Jr. of the Virginia Court of Appeals. She is a member in good standing of the bars of Virginia and the District of Colombia. She principally practices law in Washington, D.C.

15. As a Reporters Committee staff attorney, Ms. Vogus represents news media clients in state and federal public records litigation, among other matters, and drafts *amicus curiae* briefs on a wide array of First Amendment and press freedom issues. Ms. Vogus has significant experience with state public records litigation through her work at the Reporters Committee.

16. Under the USAO Matrix, attached hereto as Exhibit A, Ms. Vogus' hourly billing rate is $352. For time spent through May, 2016, when Ms. Vogus had fewer than six years of experience, her hourly rate was $346.

17. Sarah Matthews is a staff attorney with the Reporters Committee, a position she has held since September 2017. Before joining the Reporters Committee, Ms. Matthews was associate principal counsel at The Walt Disney Company. Prior to that, Ms. Matthews was a litigation associate in the Los Angeles office of Gibson Dunn. Before joining Gibson Dunn, Ms. Matthews clerked for the Honorable Renée Marie Bumb in the U.S. District Court for the District of New Jersey. Ms. Matthews graduated from New York University School of Law in 2010, where she served as an editor and contributing writer

for the *Journal of Law & Liberty*. Ms. Matthews is a member in good standing of the bars of California, New York, and the District of Columbia. She principally practices law in Washington, D.C.

18. Ms. Matthews has significant experience in First Amendment and media law matters. As a staff attorney with the Reporters Committee, she assists with the Reporters Committee's amicus, litigation, and pre-publication review work. Under the USAO Matrix, attached hereto as Exhibit B, Ms. Matthews' hourly billing rate is $352.

**HOURS SPENT BY REPORTERS COMMITTEE ATTORNEYS**

19. Attached hereto as **Exhibit B i**s a copy of an automatically generated report from the Reporters Committee's internal electronic timekeeping system that reflects the time spent by Mr. Marshall, Ms. Matthews, Ms. Vogus, and myself on the above-captioned matter from May 2016 through May 14, 2018. Exhibit B reflects the tasks performed by each attorney, as well as the time spent on each task, in reverse chronological order. As Exhibit B indicates, Reporters Committee attorneys spent the following number of hours on this matter through May 14, 2018:

| Attorney | Hours Spent |
|---|---|
| Townsend | 53.2 |
| Marshall | 35.0 |
| Matthews | 25.7 |
| Vogus | 36.1 (through May, 2016) <br> 51.0 (after May, 2016) |

20. Given the nature of this case, the amount of time spent by Reporters Committee attorneys was reasonable. I reviewed the records attached hereto as Exhibit B prior to submission to this Court to ensure their accuracy.

6

21. The total amount of attorneys' fees requested (multiplying the total number of hours by the applicable fee rates under the USAO Matrix) is $72,991.00.  The total amount of court filing fees expended by the Reporters Committee in connection with this matter during its representation of Mr. Yanofsky totals $400.00, which accounts for the initial complaint filing fee.  *See* ECF No. 1.  Accordingly, the total amount of Plaintiff's attorneys' fees and costs in this matter is $73,391.00.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of May 2018 in Washington, D.C.

*/s/ Katie Townsend*_____
Katie Townsend