## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID YANOFSKY**,<br><br>       Plaintiff,<br><br>   v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE**,<br><br>       Defendant. | Civil Action No. 1:16-cv-00951 (KBJ) |

## INDEX OF EXHIBITS TO DECLARATION OF KATIE TOWNSEND

**Exhibit A:**   USAO Attorney's Fees Matrix 2015–2018

**Exhibit B:**   Timesheet entries for Katie Townsend, Adam Marshall, Sarah Matthews, and Caitlin Vogus