# EXHIBIT B

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 02/08/2016 | 🕒 | Imported Time Entry: Review client's FOIA request, administrative appeals, and determinations of administrative appeals.<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 0.50 | | |
| 02/09/2016 | 🕒 | Imported Time Entry: Review legal research re:FOIA fee waiver and fee displacement provision provided by A.Marshall<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 2.40 | | |
| 02/10/2016 | 🕒 | Imported Time Entry: Conduct legal research re:fee displacement provision and fee waivers for drafting of complaint<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 1.10 | | |
| 02/10/2016 | 🕒 | Imported Time Entry: Review legal research re:displacement provision and fee waivers provided by A.Marshall<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 1.80 | | |
| 02/11/2016 | 🕒 | Imported Time Entry: Conduct legal research re:causes of action for complaint (3.1); meet with A.Marshall re:possible causes of action for complaint (0.2)<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 3.30 | | |
| 02/11/2016 | 🕒 | Imported Time Entry: Email client re:questions regarding administrative appeals.<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 0.10 | | |
| 02/12/2016 | 🕒 | Imported Time Entry: Draft complaint (1.7).<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 1.70 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 02/16/2016 | 🕐 | Imported Time Entry: Draft complaint (3.0); email client re:information for complaint (0.1). <br> 🔵 Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 3.10 | | |
| 02/17/2016 | 🕐 | Imported Time Entry: Draft complaint. <br> 🔵 Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 3.50 | | |
| 02/18/2016 | 🕐 | Imported Time Entry: Research legislative history of 1986 FOIA amendments. <br> 🔵 Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 1.40 | | |
| 02/19/2016 | 🕐 | Imported Time Entry: Draft complaint (1.2); Emails to/from client re:information for complaint (0.2). <br> 🔵 Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 1.40 | | |
| 02/22/2016 | 🕐 | Imported Time Entry: Revising complaint <br> 🔵 Unbilled | David Yanofsky v. DOC none | Adam Marshall | 0.60 | | |
| 02/24/2016 | 🕐 | Imported Time Entry: Legal research re:scope of administrative record (3.0); emails to/from client re:OGIS and status of complaint (0.1). <br> 🔵 Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 3.10 | | |
| 02/25/2016 | 🕐 | Imported Time Entry: Legal research re:scope of administrative record (0.4); call with K.Townsend, A.Marshall, M.Johnson, and client re:scope of administrative record and case strategy (0.3); draft new FOIA request (1.0) <br> 🔵 Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 1.70 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 02/25/2016 | 🕐 | Imported Time Entry: Conference call w/ D. Yanofsky, M.Johnson, and RCFP legal team re: administrative appeals/litigation strategy (0.3)<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 0.30 | | |
| 02/25/2016 | 🕐 | Imported Time Entry: Strategy call w/ D. Yanofsky, M.Johnson, K. Townsend and Caitlin Vogus (0.3); Review/revise C. Vogus draft of letter re: new/updated request (0.3)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.60 | | |
| 02/26/2016 | 🕐 | Imported Time Entry: Revise draft letter re: new request to incorporate K.Townsend edits (0.3). Emails to client re: same (0.1).<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 0.40 | | |
| 03/28/2016 | 🕐 | Imported Time Entry: Review/revise draft administrative appeal re: new request (0.40); emails to/from D. Yanofsky and M. Johnson re: same (0.20)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.60 | | |
| 03/29/2016 | 🕐 | Imported Time Entry: Review email correspondence from M. Johnson and DOC re: administrative appeal/failure to receive request<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.20 | | |
| 03/30/2016 | 🕐 | Imported Time Entry: Review DOC denial of new request<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.20 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 03/31/2016 | 🕐 | Imported Time Entry: Review/revise draft second administrative appeal re: denial of new request<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.50 | | |
| 04/14/2016 | 🕐 | Imported Time Entry: Update and revise complaint.<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 1.40 | | |
| 04/18/2016 | 🕐 | Imported Time Entry: Revise complaint.<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 1.30 | | |
| 04/28/2016 | 🕐 | Imported Time Entry: Revise and update draft complaint<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 0.80 | | |
| 05/09/2016 | 🕐 | Imported Time Entry: Meet with K.Townsend re:complaint (0.1); Revise complaint to incorporate K.Townsend comments (2.2).<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 2.30 | | |
| 05/09/2016 | 🕐 | Imported Time Entry: Review/revise draft complaint (0.6); conference w/ C. Vogus re: same<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.70 | | |
| 05/10/2016 | 🕐 | Imported Time Entry: Revise complaint to incorporate K.Townsend comments (1.8).<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 1.80 | | |
| 05/12/2016 | 🕐 | Imported Time Entry: Drafting, editing, and reviewing complaint<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 2.60 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 05/12/2016 | 🕐 | Imported Time Entry: Review A.Marshall edits to complaint.<br>● Unbilled | David Yanofsky v. DOC<br>none | Caitlin Vogus | 0.40 | | |
| 05/13/2016 | 🕐 | Imported Time Entry: Revise complaint to incorporate additional K.Townsend comments (0.8).<br>● Unbilled | David Yanofsky v. DOC<br>none | Caitlin Vogus | 0.80 | | |
| 05/13/2016 | 🕐 | Imported Time Entry: Review/revise latest version of complaint (0.9); emails to/from D. Yanofsky re: same (0.2)<br>● Unbilled | David Yanofsky v. DOC<br>none | Katie Townsend | 1.10 | | |
| 05/19/2016 | 🕐 | Imported Time Entry: Prepare exhibits to complaint (0.4); draft civil cover sheet and summonses (0.3)<br>● Unbilled | David Yanofsky v. DOC<br>none | Caitlin Vogus | 0.70 | | |
| 05/19/2016 | 🕐 | Imported Time Entry: Review final drafts of complaint, exhibits, and supporting documents in preparation for filing<br>● Unbilled | David Yanofsky v. DOC<br>none | Katie Townsend | 0.60 | | |
| 05/20/2016 | 🕐 | Imported Time Entry: Prepare summonses for service (0.6). Mail summonses (0.5).<br>● Unbilled | David Yanofsky v. DOC<br>none | Caitlin Vogus | 1.10 | | |
| 06/20/2016 | 🕐 | Imported Time Entry: Legal research re administrative record (0.7); emails w/ K. Townsend re: same and emails from DOC counsel (0.2)<br>● Unbilled | David Yanofsky v. DOC<br>none | Adam Marshall | 0.90 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 06/20/2016 | 🕒 | Imported Time Entry: Email correspondence w/ opposing counsel re: DOC legal positions/ scheduling issues and proposal to submit briefing schedule in lieu of an answer (0.8); emails to/from A. Marshall re: legal research re: DOC arguments and scope of administrative record (0.2)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 1.00 | | |
| 06/21/2016 | 🕒 | Imported Time Entry: Drafting Plaintiffs' proposed order re extension of time for defendant to file answer<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 0.20 | | |
| 06/21/2016 | 🕒 | Imported Time Entry: Lengthy email correspondence to/from opposing counsel re: DOC request for extension of time to respond to complaint and proposed scheduling order (0.9); emails to/from D. Yanofsky re: same (0.2); draft and file response to DOC motion for extension of time (1.5); review A. Marshall draft proposed scheduling order (0.1)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 2.70 | | |
| 06/23/2016 | 🕒 | Imported Time Entry: Emails to/from opposing counsel re: DOC deadline to file answer and plaintiff's request for status conference (0.4); draft and file motion requesting status conference (1.0); review court order denying DOC motion for extension of time (0.1); draft and file notice of withdrawal of motion requesting status conference (0.4); emails to client re: scheduling (0.1)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 2.00 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 07/16/2016 | 🕐 | Imported Time Entry: Emails to/from opposing counsel and D. Yanofsky re: request for extension of time to file answer<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.40 | | |
| 07/17/2016 | 🕐 | Imported Time Entry: Review DOC's answer to complaint (0.3); email to D. Yanofsky re: same (0.1)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.40 | | |
| 07/18/2016 | 🕐 | Imported Time Entry: Call with client re: DOC's Answer<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 0.40 | | |
| 07/18/2016 | 🕐 | Imported Time Entry: Call w/ D. Yanofsky, K. Townsend, C. Vogus.<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 0.40 | | |
| 07/18/2016 | 🕐 | Imported Time Entry: Reviewing answer<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 0.30 | | |
| 07/18/2016 | 🕐 | Imported Time Entry: Call w/ D. Yanofsky, C. Vogus and A. Marshall re: DOC's answer and next steps (0.4); Emails to/from opposing counsel re: meet and confer and proposed scheduling order (0.2)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.60 | | |
| 07/21/2016 | 🕐 | Imported Time Entry: Meet and confer call w/ opposing counsel re: proposed briefing schedule (0.3); email to client re: same (0.2)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.50 | | |

# Activities Export

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 07/25/2016 | 🕐 | Imported Time Entry: Draft, revise, and file joint proposed scheduling order (0.5); emails to/from opposing counsel and client re: same (0.2)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.70 | | |
| 07/26/2016 | 🕐 | Imported Time Entry: Review and respond to opposing counsel correspondence re: D. Yanofsky communications re: other FOIA requests/proactive disclosures (0.5); emails to/from D. Yanofsky re: same (0.3)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.80 | | |
| 07/29/2016 | 🕐 | Imported Time Entry: Review records released to client from DOC re:emails sent/ received about his initial FOIA request<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 0.80 | | |
| 07/29/2016 | 🕐 | Imported Time Entry: Reviewing records produced by DOC re processing of D. Yanofsky's FOIA requests<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 0.40 | | |
| 07/29/2016 | 🕐 | Imported Time Entry: Additional email correspondence w/ opposing counsel and client re: D. Yanofsky communications re: other FOIA requests/proactive disclosures<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.40 | | |
| 08/24/2016 | 🕐 | Imported Time Entry: Emails to/from opposing counsel A. Seabrook re: case reassignment and extension of time (0.3); emails to/from client re: same (0.2)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.50 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 08/26/2016 | 🕒 | Imported Time Entry: Review and respond to correspondence from new DOC counsel, J. Kolsky, re: new proposed briefing schedule<br>🔵 Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.30 | | |
| 08/29/2016 | 🕒 | Imported Time Entry: Draft and file motion for entry of scheduling order (0.6); emails to/from opposing counsel and client re: same (0.3); review DOC motion for entry of scheduling order (0.2)<br>🔵 Unbilled | David Yanofsky v. DOC none | Katie Townsend | 1.10 | | |
| 10/03/2016 | 🕒 | Imported Time Entry: Meeting w/ K. Townsend, C. Vogus re strategy for opp to govt's MSJ/X-MSJ<br>🔵 Unbilled | David Yanofsky v. DOC none | Adam Marshall | 0.70 | | |
| 10/03/2016 | 🕒 | Imported Time Entry: Meet with K.Townsend and A.Marshall re:DOC MSJ and Plaintiff's cross-motion<br>🔵 Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 0.70 | | |
| 10/03/2016 | 🕒 | Imported Time Entry: Review DOC motion for summary judgment (0.4); conference w/ A. Marshall and C. Vogus re: strategy for opposition/cross-motion for summary judgment (0.7)<br>🔵 Unbilled | David Yanofsky v. DOC none | Katie Townsend | 1.10 | | |
| 10/04/2016 | 🕒 | Imported Time Entry: Legal research for Plaintiff's cross-MSJ<br>🔵 Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 1.20 | | |
| 10/06/2016 | 🕒 | Imported Time Entry: Legal research for Plaintiff's cross-MSJ<br>🔵 Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 3.00 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 10/07/2016 | 🕐 | Imported Time Entry: Additional legal research for Plaintiff's cross-MSJ (1.6); Draft outline for Plaintiff's cross-MSJ (2.0)<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 3.60 | | |
| 10/12/2016 | 🕐 | Imported Time Entry: Draft Plaintiff's Memo ISO MSJ<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 4.20 | | |
| 10/13/2016 | 🕐 | Imported Time Entry: Draft Plaintiff's Memo ISO MSJ<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 3.70 | | |
| 10/14/2016 | 🕐 | Imported Time Entry: Draft Plaintiff's MSJ<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 4.00 | | |
| 10/18/2016 | 🕐 | Imported Time Entry: Draft Plaintiff's MSJ<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 1.10 | | |
| 10/19/2016 | 🕐 | Imported Time Entry: Draft Yanofsky declaration<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 2.50 | | |
| 10/20/2016 | 🕐 | Imported Time Entry: Draft statement of material facts and response to DOC statement of material facts (2.6)<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 2.60 | | |
| 10/21/2016 | 🕐 | Imported Time Entry: Draft statement of material facts re: MSJ (1.9); draft proposed order (0.3)<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 2.10 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 10/24/2016 | 🕐 | Imported Time Entry: Draft statement of material facts (0.4); Draft motion for MSJ (0.2); Draft Certificate of Service (0.1); Meet with K.Townsend re:Memo ISO MSJ (0.2).<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 0.90 | | |
| 10/24/2016 | 🕐 | Review/revise draft Yanofsky declaration in support of cross-motion for summary judgment (0.4); Review/revise memo in support of cross-motion for summary judgment (2.4); conference w/ C. Vogus re: revisions to same (0.2)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 3.00 | | |
| 10/25/2016 | 🕐 | Imported Time Entry: Revise Memo ISO MSJ to incorporate K.Townsend edits (3.0); Revise Yanofsky Declaration to incorporate K.Townsend edits (0.4); Email Yanofsky Declaration to client (0.1).<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 3.50 | | |
| 10/25/2016 | 🕐 | Imported Time Entry: Revising draft Pl's Combined SUMF & Response to Defendant's SUMF<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 3.00 | | |
| 10/26/2016 | 🕐 | Imported Time Entry: Email K.Townsend re: edits to Memo ISO MSJ (0.1); Revise Memo ISO MSJ to incorporate K.Townsend edits (4.5)<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 4.60 | | |
| 10/26/2016 | 🕐 | Imported Time Entry: Review/revise latest draft of memo in support of cross-motion for summary judgment<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 2.00 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 10/27/2016 | 🕘 | Imported Time Entry: Revise Memo ISO MSJ to incorporate K.Townsend edits (0.8); Meet with K.Townsend re:Memo ISO MSJ (0.2)<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 1.00 | | |
| 10/27/2016 | 🕘 | Imported Time Entry: Conference w/ C. Vogus re: additional edits to draft memo in support of motion for summary judgment (0.2); review/revise latest draft of same (1.2); review/revise latest draft of statement of undisputed material facts and response to DOC's (1.0)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 2.40 | | |
| 10/28/2016 | 🕘 | Imported Time Entry: Revise Memo ISO MSJ to incorporate K.Townsend edits (2.7); email client re:Memo ISO MSJ (0.1); Review MSJ and Proposed Order (0.1); Review A.Marshall's edits to Statement of Material Facts (0.8)<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 3.70 | | |
| 10/28/2016 | 🕘 | Imported Time Entry: Drafting/editing SUMF for MSJ<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 1.50 | | |
| 10/31/2016 | 🕘 | Imported Time Entry: Revise Memo ISO MSJ to incorporate K.Townsend edits (3.6); Draft index of exhibits (0.2); Prepare exhibits for Yanofsky Declaration (0.4); Revise statement of material facts (1.2); Cite check Memo ISO MSJ (1.1); Email K.Townsend final documents (0.1)<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 6.60 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 10/31/2016 | 🕐 | Imported Time Entry: Review/revise combined opposition/cross-motion for summary judgment and all supporting documents to prepare for filing (3.5)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 3.50 | | |
| 11/01/2016 | 🕐 | Imported Time Entry: Prepare and mail courtesy copy of MSJ for chambers.<br>● Unbilled | David Yanofsky v. DOC none | Caitlin Vogus | 0.80 | | |
| 12/01/2016 | 🕐 | Imported Time Entry: Review DOC combined reply/opposition re motion for summary judgment and reply statement of facts<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.70 | | |
| 12/05/2016 | 🕐 | Imported Time Entry: Review DOC opposition to MSJ and reply statement of facts (0.5); legal research re administrative record for responding to same (2.0)<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 2.50 | | |
| 12/06/2016 | 🕐 | Imported Time Entry: Drafting reply brief ISO Pl's MSJ<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 2.40 | | |
| 12/07/2016 | 🕐 | Imported Time Entry: Additional legal research for reply in support of MSJ including research re agency obligations to follow regulations<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 0.90 | | |
| 12/07/2016 | 🕐 | Imported Time Entry: Drafting reply ISO Pl's MSJ<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 6.50 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 12/09/2016 | 🕐 | Imported Time Entry: Drafting reply ISO Pl's MSJ<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 4.30 | | |
| 12/13/2016 | 🕐 | Imported Time Entry: Review/revise draft reply in support of cross-motion for summary judgment (2.4); email client re: same (0.1)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 2.50 | | |
| 12/16/2016 | 🕐 | Imported Time Entry: Drafting/editing reply brief ISO Pl's MSJ to incorporate K. Townsend comments (4.6) additional legal research for same (0.4)<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 5.00 | | |
| 12/19/2016 | 🕐 | Imported Time Entry: Citecheck and edit reply brief ISO MSJ to finalize for filing<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 1.10 | | |
| 12/19/2016 | 🕐 | Imported Time Entry: Review/revise reply in support of motion for summary judgment in preparation for filing<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 1.00 | | |
| 05/05/2017 | 🕐 | Imported Time Entry: Meet w/ K. Townsend re hearing on MSJs (0.3); prepare materials for K. Townsend for same (0.5); legal research re scope of judicial review of agency decisionmaking for same (0.6)<br>● Unbilled | David Yanofsky v. DOC none | Adam Marshall | 1.40 | | |
| 05/05/2017 | 🕐 | Imported Time Entry: Conference w/ A. Marshall re: prep materials for hearing on motions for summary judgment<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.30 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 05/12/2017 | 🕐 | Imported Time Entry: Prepare for hearing on motions for summary judgment, including reviewing filings and cited authority<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 3.50 | | |
| 05/14/2017 | 🕐 | Imported Time Entry: Prepare for hearing on motions for summary judgment<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 4.00 | | |
| 05/15/2017 | 🕐 | Imported Time Entry: Prepare for hearing on motions for summary judgment<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 5.80 | | |
| 05/16/2017 | 🕐 | Imported Time Entry: Prepare for hearing on motions for summary judgment (1.0); appear at hearing on motions for summary judgment (1.5)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 2.50 | | |
| 03/30/2018 | 🕐 | Review Court's ruling on motions for summary judgment (0.8); emails to/from client re: same (0.2)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 1.00 | | |
| 04/02/2018 | 🕐 | Email to DOC counsel re: ruling on motion for summary judgment and extension of time for attorneys' fees motion<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.20 | | |
| 04/05/2018 | 🕐 | Email to DOC counsel re: consent to extend time for attorneys' fees motion (0.2); prepare consent motion for extension of time for filing (0.4)<br>● Unbilled | David Yanofsky v. DOC none | Katie Townsend | 0.60 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 05/02/2018 | 🕐 | Draft attorneys' fees motion.<br>● Unbilled | David Yanofsky v. DOC<br>none | Sarah Matthews | 3.00 | | |
| 05/03/2018 | 🕐 | Draft attorneys' fees motion<br>● Unbilled | David Yanofsky v. DOC<br>none | Sarah Matthews | 4.20 | | |
| 05/03/2018 | 🕐 | Research legal issues related to attorney's fee motion.<br>● Unbilled | David Yanofsky v. DOC<br>none | Sarah Matthews | 3.60 | | |
| 05/04/2018 | 🕐 | Draft attorney's fee motion.<br>● Unbilled | David Yanofsky v. DOC<br>none | Sarah Matthews | 1.40 | | |
| 05/04/2018 | 🕐 | Research re: reasonableness of attorneys' fees, including recent case law re: Laffey matrix and USAO matrix<br>● Unbilled | David Yanofsky v. DOC<br>none | Sarah Matthews | 2.50 | | |
| 05/04/2018 | 🕐 | Draft attorneys' fee motion.<br>● Unbilled | David Yanofsky v. DOC<br>none | Sarah Matthews | 2.40 | | |
| 05/07/2018 | 🕐 | Review/revise attorneys' fee motion.<br>● Unbilled | David Yanofsky v. DOC<br>none | Sarah Matthews | 2.00 | | |
| 05/08/2018 | 🕐 | Draft attorney's fee's motion and supporting documents<br>● Unbilled | David Yanofsky v. DOC<br>none | Sarah Matthews | 2.60 | | |
| 05/11/2018 | 🕐 | Review RCFP attorneys' timesheets in connection w/ fee petition (1.0); review/revise motion for attorneys fees, supporting memorandum, declaration and proposed order (2.0); email to S. Matthews re: same (0.2)<br>● Unbilled | David Yanofsky v. DOC<br>none | Katie Townsend | 3.20 | | |

# Activities Export

05/14/2018
3:46 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 05/11/2018 | 🕒 | Revise fee petition and related documents, based on comments from K. Townsend.<br>● Unbilled | David Yanofsky v. DOC none | Sarah Matthews | 2.00 | | |
| 05/14/2018 | 🕒 | Citecheck and finalize attorneys' fees motion and supporting documents, including adding tables of contents and authorities<br>● Unbilled | David Yanofsky v. DOC none | Sarah Matthews | 2.00 | | |
| | | | | | **201.00h** | | **$0.00** |