# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID YANOFSKY**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF COMMERCE**, <br><br> Defendant. | Civil Action No. 1:16-cv-00951 (KBJ) |

### [PROPOSED] ORDER

The Court has considered Plaintiff David Yanofsky's Motion for Attorneys' Fees and Costs ("Motion"), including his accompanying Memorandum of Points and Authorities and supporting declaration and exhibits, as well as all opposition and responses thereto. For all the reasons set forth in this Motion and accompanying Memorandum of Points and Authorities, it is **HEREBY ORDERED** that:

1. Plaintiff is eligible for, and entitled to, an award of reasonable attorneys' fees and costs under the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(E)(i)-(ii);

2. The requested amount of $73,391.00 represents a reasonable number of attorney hours spent on this case at reasonable hourly rates and includes reasonable court costs;

3. The Motion is therefore **GRANTED**; and

4. The U.S. Department of Commerce shall pay Plaintiff an award of attorneys' fees and costs in the amount of $73,391.00 within 30 days of the date of this Order.

SO ORDERED this ___ day of _____, 2018

_____
HON. KETANJI BROWN JACKSON
United States District Judge