## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID YANOFSKY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF COMMERCE, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 16-00951 (KBJ) |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES

Defendant U.S. Department of Commerce ("DOC" or "Defendant"), by and through undersigned counsel, respectfully requests an extension of time, up to and including **June 19, 2018**, in which to file its response to Plaintiff's Motion for Attorney Fees (ECF No. 31). Plaintiff has graciously consented to the requested relief.

In further support of this motion, Defendant states the following:

1. On March 30, 2018, the Court denied Defendant's Motion for Summary Judgment and granted Plaintiff's Motion for Summary Judgment (ECF Nos. 28-29). On May 14, 2018, Plaintiff filed his Motion for Attorney Fees (ECF No. 31).

2. Undersigned counsel and agency counsel have been out of town during the past week and have been unable to consult and prepare a response to Plaintiff's motion in time to obtain supervisory and agency approval before filing with the Court.

3. Undersigned counsel respectfully requests an extension of time through June 19, 2018, in order to permit him to consult with agency counsel and obtain final agency and supervisory

approval before filing the response with the Court. The Parties have also agreed that Plaintiff's reply would be due on June 29, 2018.

4. Undersigned counsel has consulted with Plaintiff's counsel, who has graciously consented to the relief sought in this motion.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this *Motion for Extension of Time*. A proposed Order consistent with this request is attached herewith.

Dated:  May 25, 2018               Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA, Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7113; Scott.Sroka@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of May 2018, that service of the foregoing **Motion for Extension of Time** has been made on Plaintiff through the Court's ECF system.

/s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Office: (202) 252-7113
Fax: (202) 252-2599
Email: Scott.Sroka@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DAVID YANOFSKY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 16-00951 (KBJ) |
| DEPARTMENT OF COMMERCE, | ) ) ) | |
| Defendant. | ) ) ) | |

### ORDER

Upon consideration of the Defendant's *Motion for Extension of Time* and the entire record herein, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**.

**FURTHER ORDERED** that the time for Defendant to file its response to Plaintiff's Motion for Attorney Fees is hereby extended up to and including **June 19, 2018**.

**FURTHER ORDERED** that Plaintiff's reply, if any, shall be filed on or before **June 29, 2018**.

It is **SO ORDERED** this _____ day of _____, 2018.

KETANJI BROWN JACKSON
UNITED STATES DISTRICT COURT JUDGE