# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID YANOFSKY**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF COMMERCE**, <br><br> Defendant. | Civil Action No. 1:16-cv-00951 (KBJ) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Reconsideration ("Plaintiff's Motion"), as well as all oppositions and responses thereto and the entire record in this matter, it is HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. The Court's April 25, 2019 Order in this matter, ECF No. 47, is VACATED; and

3. Defendant United States Department of Commerce shall, within seven (7) days of this order, provide Plaintiff with the data files responsive to his FOIA request;

IT IS SO ORDERED, this _____ day of _____, 2019.

_____
HON. KETANJI BROWN JACKSON
United States District Judge
