# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID YANOFSKY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 16-0951 (KBJ/ZMF) |
| | ) | |
| U.S. DEPARTMENT OF COMMERCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT AND
## WITHDRAWAL OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

The parties to this action hereby notify the Court that they have settled Plaintiff's Motion for Attorneys' Fees and Costs, ECF No. 31. Plaintiff thus withdraws that Motion (ECF No. 31).

This Court closed this case on March 30, 2018. Now, pursuant to the parties' settlement, all remaining facets of the above-captioned case have been resolved. This case therefore should remain closed.

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney for the
District of Columbia

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/_____
PETER C. PFAFFENROTH
D.C. Bar No. 496637
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2513
peter.pfaffenroth@usdoj.gov
*Attorneys for Defendant*

Dated: April 7, 2021

/s/_____
Katie Townsend
DC Bar No. 1026155
Adam A. Marshall
DC Bar No. 1029423
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
Email: amarshall@rcfp.org

*Counsel for Plaintiff*